B1 (Official Form 1)(12/11)

# United States Bankruptcy Court
## Northern District of Illinois

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): <br>**National Center For Intergrated Medicine, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) <br>**27-2175793** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): <br>**3100 Theodore Street, # 204** <br>**Joliet, IL** <br>ZIP Code **60435** | Street Address of Joint Debtor (No. and Street, City, and State): <br>ZIP Code |
| County of Residence or of the Principal Place of Business: <br>**Will** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): <br>ZIP Code | Mailing Address of Joint Debtor (if different from street address): <br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ■ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **National Center For Intergrated Medicine, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>    Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): **National Center For Intergrated Medicine, LLC** |
|---|---|
| *(This page must be completed and filed in every case)* | |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

**X  /s/ John J Lynch**
Signature of Attorney for Debtor(s)

**John J Lynch 6270193**
Printed Name of Attorney for Debtor(s)

**Law Offices of John J Lynch, P.C.**
Firm Name

**801 Warrenville Road, Ste. 152**
**Lisle, IL 60532**

Address

**Email: JJLynch@JJLynchLaw.Com**
**630-960-4700  Fax: 630-960-4755**
Telephone Number

**August 16, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Rao Kilaru**
Signature of Authorized Individual

**Rao Kilaru**
Printed Name of Authorized Individual

_____
Title of Authorized Individual

**August 16, 2012**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **National Center For Intergrated Medicine, LLC**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| American Express<br>Box 0001<br>Los Angeles, CA 90096 | American Express<br>Box 0001<br>Los Angeles, CA 90096 | Credit Card | | 19,022.68 |
| Andromeda<br>16624 W 159th St, # 600<br>Lockport, IL 60441 | Andromeda<br>16624 W 159th St, # 600<br>Lockport, IL 60441 | Business Debt | | 8,064.43 |
| Bank of West<br>Dept LA 23091<br>Pasadena, CA 91185 | Bank of West<br>Dept LA 23091<br>Pasadena, CA 91185 | Business Debt Loan 1 | | 10,072.72 |
| Bank of West<br>Dept 23091<br>Pasadena, CA 91185 | Bank of West<br>Dept 23091<br>Pasadena, CA 91185 | Business Debt Loan 2 | | 9,921.80 |
| Dr. Garapati | Dr. Garapati | Other | | 175,000.00 |
| Dr. Kasi | Dr. Kasi | Other | | 75,000.00 |
| Dr. Rao Kilaru<br>305 Westbridge<br>Joliet, IL 60431 | Dr. Rao Kilaru<br>305 Westbridge<br>Joliet, IL 60431 | Other | | 1,000,000.00 |
| Dr. Wright | Dr. Wright | Other | | 100,000.00 |
| Financial Pacific Leasing, LLC.<br>3455 S 344th Way, #300<br>Auburn, WA 98001 | Financial Pacific Leasing, LLC.<br>3455 S 344th Way, #300<br>Auburn, WA 98001 | Business Debt | | 6,480.54 |
| Kilaru LLC.<br>3100 Theodore St<br>Joliet, IL 60435 | Kilaru LLC.<br>3100 Theodore St<br>Joliet, IL 60435 | Business Debt | | 114,100.00 |
| Kilaru, LLC.<br>3100 Theodore St<br>Joliet, IL 60435 | Kilaru, LLC.<br>3100 Theodore St<br>Joliet, IL 60435 | Business Debt | | 11,000.00 |
| Naresh Kilaru | Naresh Kilaru | Business Debt | | 7,500.00 |
| Next Media Operating, Inc.<br>Dept 809217<br>Chicago, IL 60680 | Next Media Operating, Inc.<br>Dept 809217<br>Chicago, IL 60680 | Business Debt | | 9,150.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **National Center For Intergrated Medicine, LLC**             Case No.
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Prairie Emergency Services, SC** **305 Westbridge** **Joliet, IL 60431** | **Prairie Emergency Services, SC** **305 Westbridge** **Joliet, IL 60431** | **Other** | | **1,300,000.00** |
| **Prairie Emergency Services, SC.** **305 Westridge** **Joliet, IL 60431** | **Prairie Emergency Services, SC.** **305 Westridge** **Joliet, IL 60431** | **Business Debt** | | **286,772.88** |
| **R. Veeramachaneni** **807 Heritage Dr** **Mount Prospect, IL 60056** | **R. Veeramachaneni** **807 Heritage Dr** **Mount Prospect, IL 60056** | **Business Debt** | | **200,000.00** |
| **Ranga Reddy** | **Ranga Reddy** | **Business Debt** | | **100,000.00** |
| **Rao Kilaru** **305 Westridge** **Joliet, IL 60431** | **Rao Kilaru** **305 Westridge** **Joliet, IL 60431** | **Business Debt** | | **588,588.00** |
| **S. Arabindi** | **S. Arabindi** | **Business Debt** | | **183,840.24** |
| **WRDR** **755 Essington Rd** **Joliet, IL 60435** | **WRDR** **755 Essington Rd** **Joliet, IL 60435** | **Business Debt** | | **8,163.52** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the   of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **August 16, 2012**                    Signature    **/s/ Rao Kilaru**
                                                          **Rao Kilaru**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

.

Aetna Life Insurance Company
PO Box 7247-0213
Philadelphia, PA 19170


American Express
Box 0001
Los Angeles, CA 90096


Andromeda
16624 W 159th St, # 600
Lockport, IL 60441


Bank of West
Dept LA 23091
Pasadena, CA 91185


Bank of West
Dept 23091
Pasadena, CA 91185


BSB Leasing, Inc.
PO Box 2149
Gig Harbor, WA 98335


Commonwealth Edison
PO Box 6111
Carol Stream, IL 60197


Culligan of Bolingbrook
PO Box 1609
Bolingbrook, IL 60440


Dr. Garapati


Dr. Kasi


Dr. Rao Kilaru
305 Westbridge
Joliet, IL 60431


Dr. Wright

Financial Pacific Leasing, LLC.
3455 S 344th Way, #300
Auburn, WA 98001


First Communications
PO Box 182263
Columbus, OH 43218


GEHealthcare Fin Services
PO Box 641419
Pittsburgh, PA 15264


Greenway Medical Technologies, Inc.
PO Box 741174
Atlanta, GA 30374


Guardian
PON Box 824404
Philadelphia, PA 19182


Henry Schein
135 Duryea Rd
Melville, NY 11747


Kilaru LLC.
3100 Theodore St
Joliet, IL 60435


Kilaru, LLC.
3100 Theodore St
Joliet, IL 60435


Minarich Graphics & Supplies, Inc.
1920 Donmaur
Crest Hill, IL 60403


MW Leasing Company, LLC
PO Box 351
Bradley, IL 60915


Naresh Kilaru

Next Media Operating, Inc.
Dept 809217
Chicago, IL 60680


Nicor Gas



Prairie Emergency Services, SC
305 Westbridge
Joliet, IL 60431

Prairie Emergency Services, SC.
305 Westridge
Joliet, IL 60431

Pure Water



Quill
PO Box 37600
Philadelphia, PA 19101

R. Veeramachaneni
807 Heritage Dr
Mount Prospect, IL 60056

Ranga Reddy



Rao Kilaru
305 Westridge
Joliet, IL 60431

S. Arabindi



Shred X
PO Box 119
Wilmington, IL 60481

State Farm
PO Box 2329
Bloomington, IL 61702

Sun Times Media, LLC.
8247 Solution Center
Chicago, IL 60677


US Bank Equipment Finance
1450 Channel Parkway
Marshall, MN 56258


Vital Signs
1604 W Canton Farm Rd
Lockport, IL 60441


Wells Fargo Practice Finance Bank
PO Box 4248
Bellevue, WA 98009


WRDR
755 Essington Rd
Joliet, IL 60435

# United States Bankruptcy Court
## Northern District of Illinois

In re  **National Center For Intergrated Medicine, LLC**
Debtor(s)

Case No.
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **National Center For Intergrated Medicine, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **August 16, 2012** | **/s/ John J Lynch** |
| Date | **John J Lynch 6270193** |
| | Signature of Attorney or Litigant |
| | Counsel for **National Center For Intergrated Medicine, LLC** |
| | **Law Offices of John J Lynch, P.C.** |
| | **801 Warrenville Road, Ste. 152** |
| | **Lisle, IL 60532** |
| | **630-960-4700 Fax:630-960-4755** |
| | **JJLynch@JJLynchLaw.Com** |

01/2012

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

IN RE:                                                   )
    **National Center For Intergrated Medicine, LLC**   ) Chapter **11**
                                                         ) Bankruptcy Case No.
                                                         )
Debtor(s)                                                )

## DECLARATION REGARDING ELECTRONIC FILING
## PETITION AND ACCOMPANYING DOCUMENTS

### DECLARATION OF PETITIONER(S)

A.     [To be completed in all cases]

    I(We), **Rao Kilaru** and , the undersigned debtor(s), corporate officer, partner, or member hereby declare under penalty of perjury that (1) the information I(we) have given my (our) attorney is true and correct; (2) I(we) have reviewed the petition, statements, schedules, and other documents being filed with the petition; and (3) the document s are true and correct.

B.     [To be checked and applicable only if the petition is for a corporation or other limited liability entity.]

    ☒ I, Rao Kilaru, the undersigned, further declare under penalty of perjury that I have been authorized to file this petition on behalf of the debtor.

**Rao Kilaru**
Printed or Typed Name of Debtor or Representative      Printed or Typed Name of Joint Debtor

Signature of Debtor or Representative      Signature of Joint Debtor

**August 16, 2012**
Date      Date